

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00051-CV
_____

IN THE MATTER OF THE MARRIAGE OF RAMIRO RANGEL
AND LUZ MARY RINCON

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 25D0196-005

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Ramiro Rangel filed a timely notice of appeal on May 6, 2025. The clerk's record was filed on June 13, 2025. Rangel's brief was due on or before August 1, 2025. When neither a brief nor a motion to extend time for filing same was received by August 15, 2025, this Court advised Rangel by letter that his brief was late. We warned Rangel that the failure to file a brief on or before September 2, 2025, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We received no responsive communication from Rangel and have not received his appellate brief. Having received no response to this Court's letter of August 15, 2025, Rangel's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Scott E. Stevens
Chief Justice

Date Submitted: September 15, 2025
Date Decided: September 16, 2025

2